UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Raymond Jung Woo Choi<br>a/k/a "Jason Lee",<br><br>Defendant. | Case No. 24-cr-189 (DWF/TNL)<br><br>**AMENDED SCHEDULING ORDER** |

This matter comes before the Court on Defendant Raymond Jung Woo Choi and the Government's Joint Motion to Extend Deadline for Disclosures, ECF No. 21.

The parties request that the August 16, 2024 motions-filing deadline be extended. ECF No. 21. The parties state that Defendant recently received discovery to review from the Government and that the parties are actively engaged in plea negotiations. *Id.* The parties both agree to the extension of the deadline. *Id.*

Pursuant to 18 U.S.C. § 3161(h), the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and Defendant in a speedy trial and such continuance is necessary to provide Defendant and his counsel reasonable time necessary for effective preparation and to make efficient use of the parties' resources.

Based on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The Joint Motion to Extend Deadline for Disclosures, ECF No. 21, is **GRANTED**.

1

2. The period of time from **the date of this Order through October 15, 2024**, shall be excluded from Speedy Trial Act computations in this case.

3. All motions in the above-entitled case shall be filed and served consistent with Federal Rules of Criminal Procedure 12(b) and 47 on or before **October 15, 2024.** D. Minn. LR 12.1(c)(1). Two courtesy copies of all motions and responses shall be delivered directly to the chambers of Magistrate Judge Tony N. Leung.

4. **Counsel shall electronically file a letter on or before October 15, 2024, if no motions will be filed and there is no need for a hearing.**

5. All responses to motions shall be filed by **October 29, 2024**. D. Minn. LR 12.1(c)(2).

6. Any Notice of Intent to Call Witnesses shall be filed by **October 29, 2024**. D. Minn. LR 12.1(c)(3)(A).

7. Any Responsive Notice of Intent to Call Witnesses shall be filed by **November 1, 2024**. D. Minn. LR 12.1(c)(3)(B).

8. A motions hearing will be held pursuant to Federal Rules of Criminal Procedure 12(c) where:

   a. The Government makes timely disclosures and a defendant pleads particularized matters for which an evidentiary hearing is necessary; or

   b. Oral argument is requested by either party in its motion, objection or response pleadings.

9. If required and subject to further order of the Court, the motions hearing shall be heard before Magistrate Judge Tony N. Leung on **November 7, 2024, at 10:00 a.m.**, in

**Courtroom 9W**, Diana E. Murphy U.S. Courthouse, 300 South Fourth Street, **MINNEAPOLIS**, Minnesota 55415.  D. Minn. LR 12.1(d).

10. **TRIAL:**

   a. **IF NO PRETRIAL MOTIONS ARE FILED BY DEFENDANT: the following trial and trial-related dates are:**

   Voir Dire and Jury Instructions shall be filed with District Judge Donovan W. Frank's chambers on or before *a date to be determined.*

   Trial will commence on *a date to be determined*, before District Judge Donovan W. Frank in Courtroom 7C, Warren E. Burger Federal Building and U.S. Courthouse, 316 North Robert Street, Saint Paul, Minnesota.

   b. **IF PRETRIAL MOTIONS ARE FILED, the trial date, and other related dates, will be rescheduled following the ruling on pretrial motions. Counsel must contact the Courtroom Deputy for District Judge Frank to confirm the new trial date.**

Dated: August 20, 2024               */s/ Tony N. Leung*_____
                                     Tony N. Leung
                                     United States Magistrate Judge
                                     District of Minnesota

                                     *United States v. Choi*
                                     Case No. 24-cr-189 (DWF/TNL)